THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant, v. EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners of the State of New York, Respondents.

*People ex rel. N. Y., Ontario & Western Ry. Co.* v. *Woodbury*, 147 App. Div. 928,929. affirmed.

(Argued January 8, 1912; decided January 23, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1911, which affirmed an order of Special Term denying a motion to compel the defendants to make a further return to a certiorari proceeding to review an assessment for a special franchise tax.

The following question was certified: "Is the return of the State Board of Tax Commissioners sufficient under section 292 of the Tax Law?"

*C. L. Andrus* for appellant.

*Thomas Carmody, Attorney-General* (*James A. Parsons* and *C. R. McSparren* of counsel), for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.